IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHEDRICK W. JOHNSON, )
         Plaintiff )
)
vs. ) Civil Action No. 06-1302
) Judge Donetta W. Ambrose/
DANTE BERTANI, Public Defender's ) Magistrate Judge Amy Reynolds Hay
Office; LARRY KOENING; District )
Attorney Office; ANDREW P. URBAN, )
Direct Adult Probation, )
         Defendants )

**ORDER**

AND NOW, this 15th day of Feb., 2007, after the plaintiff, Shedrick W. Johnson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is dismissed before service, pursuant to the authority granted courts by the Prison Litigation Reform Act (PLRA), for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*Donetta W. Ambrose*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Shedrick W. Johnson
217-02
Westmoreland County Jail
3000 South Grande Boulevard
Greensburg, PA 15601